THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN JONES, #266 402, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CV-217-TMH |
| ) | [WO] |
| ) | |
| LOUIS BOYD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

On May 10, 2010, the Magistrate Judge filed a Recommendation (Doc. 5) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 5) of the Magistrate Judge is ADOPTED, and

2. This case be DISMISSED without prejudice for failure of the plaintiff to comply with the orders of the court and to prosecute this cause of action.

An appropriate judgment will be entered.

Done this 7th day of June, 2010.

/s/ Truman M. Hobbs

SENIOR UNITED STATES DISTRICT JUDGE